IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01125-REB-MEH

JOHN E. LAWTON,

     Plaintiff,

v.

CENTER STOCK COMPANY, LLC,
SANDRA HENRIETTA GARDNER,
HARRY PEROULIS,
N. TONY PEROULIS,
DOUG URIE,
NANCY DOE,
MOFFAT COUNTY DISTRICT COURT,
DIANA L. MEYER,
JACKIE URIE,
JAMES DOE and any other heretofore unknown does, and
KRIS MULAY,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 24, 2006.**

     Plaintiff's Opposed 2006-10-16 D.C.COLO.LCIVR 5.2 Motion (Consent) to Receive Service by E-Mail at john_lawton@hotmail.com [Filed October 18, 2006; Docket #37] is **granted**. Pursuant to the Local Rules, Plaintiff may be served via email at *john_lawton@hotmail.com* in either "pdf" or "WordPerfect" format. Such consent does not require any party to serve Plaintiff in this manner, but merely provides a more efficient and alternative manner of service, as is encouraged by the Local Rules.