IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01125-REB-MEH

JOHN E. LAWTON,

    Plaintiff,

v.

CENTER STOCK COMPANY, LLC,
SANDRA HENRIETTA GARDNER,
HARRY PEROULIS,
N. TONY PEROULIS,
DOUG URIE,
NANCY DOE,
MOFFAT COUNTY DISTRICT COURT,
DIANA L. MEYER,
JACKIE URIE,
JAMES DOE and any other heretofore unknown does, and
KRIS MULAY,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, November 6, 2006.**

    Plaintiff's Motion to Strike State Defendants' Motion to Dismiss [Filed November 1, 2006; Docket #47] is **denied**, and State Defendants' Motion for Enlargement of Time Out of Time in Response to Plaintiff's Motion to Strike and Motion for Entry of Default [Filed November 3, 2006; Docket #54] is **granted**.

    Plaintiff seeks to strike the Motion to Dismiss because Plaintiff sought a waiver of service on July 19, 2006 (Dock. #9), which Defendants received on August 11, 2006. (Dock. #13). At that same time, Plaintiff requested service by the U.S. Marshal Service, which was granted by District Judge Blackburn on August 11, 2006, and completed on September 19, 2006. (Dock. ##14, 18-20). Thus, conflicting dates of service and appropriate response times have been entered in this case. In addition, State Defendants' counsel states that he calendered his response time based on the date he received the waiver of service, August 11, 2006. Pursuant to Fed. R. Civ. P 6(b), this constitutes excusable neglect, justifying accepting Defendants' Motion out of time under Plaintiff's notice, but within time under the service ordered by District Judge Blackburn and completed by the U.S. Marshal Service.