IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-01125-REB-MEH

JOHN E. LAWTON,

     Plaintiff,

v.

CENTER STOCK COMPANY, LLC,
SANDRA HENRIETTA GARDNER,
HARRY PEROULIS,
LOUIS JOHN PEROULIS,
N. TONY PEROULIS,
DOUG URIE,
NANCY DOE,
MOFFAT COUNTY DISTRICT COURT,
DIANA L. MEYER,
JACKIE URIE,
JAMES DOE and Any Other Heretofore Unknown Does, and
KRIS MULAY,

     Defendants.

---

ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE AND OVERRULING
PLAINTIFF'S OBJECTIONS TO NON-DISPOSITIVE RULINGS OF
THE UNITED STATES MAGISTRATE JUDGE

---

**Blackburn, J.**

The matters before me are (1) the magistrate judge's **Recommendation on Plaintiff's Motion for Entry of Default Against State Defendants** [#56], filed November 6, 2006; (2) **Plaintiff's 2006-10-22 28 U.S.C. 636(b)(1)(A) Appeal of Magistrate Judge Hegarty's 2006-10-19 Order ("06-cv1125 06-10-21 28 USC 636 Appeal")** [#42], filed October 23, 2006; and (3) **Plaintiff's 2006-11-16, 28 U.S.C.**

1

**636(b)(1)(A), Fed.R.Civ.P. 72(a), Objections to Dock. #57, Michael Hegarty's "Minute Order" Dated 2006-11-06 ("06-cv-1125 06-13-08 28 U.S.C. 636 Appeal)** [#66], filed November 16, 2006.  I overrule the objections to the non-dispositive rulings of the magistrate judge, adopt the recommendation of the magistrate judge, and deny plaintiff's motion for entry of default judgment.

Defendant's objections impugn the non-dispositive rulings of the magistrate judge on matters that have been referred to him for resolution.  Under 28 U.S.C. § 636(b) and Fed.R.Civ.P. 72(a), I may modify or set aside any portion of a magistrate judge's order which I find to be "clearly erroneous or contrary to law."  Having reviewed the magistrate judge's rulings, as well as the apposite objections, I conclude that the magistrate judge's determinations are not clearly erroneous or contrary to law.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, the objections, and the applicable case law.  The recommendation is detailed and well-reasoned.  Plaintiff's objections are imponderous and without merit.  Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation on Plaintiff's Motion for Entry of Default Against State Defendants** [#56], filed November 6, 2006, is **APPROVED AND ADOPTED** as an order of this court;

2. That **Plaintiff's 2006-11-01 Fed.R.Civ.P. 55(a) Request (1) to Enter Default Against Both State Defendants, and Diana Meyer-Individually, for Failure to**

**Timely Respond, Doc. Nos. 13, 15, 16, and 26, with Affidavit ("06-cv-1125 Plaintiff's 2006-11-01 request to enter default, 1")** [#48], filed November 1, 2006, is **DENIED**;

    3. That plaintiff's objections to the magistrate judge's Minute Order of October 19, 2006 [#41], contained in **Plaintiff's 2006-10-22 28 U.S.C. 636(b)(1)(A) Appeal of Magistrate Judge Hegarty's 2006-10-19 Order ("06-cv1125 06-10-21 28 USC 636 Appeal")** [#42], filed October 23, 2006, are **OVERRULED**; and

    4. That **Plaintiff's 2006-11-16, 28 U.S.C. 636(b)(1)(A), Fed.R.Civ.P. 72(a), Objections to Dock. # 57, Michael Hegarty's "Minute Order" Dated 2006-11-06 ("06-cv-1125 06-13-08 28 U.S.C. 636 Appeal")** [#66], filed November 16, 2006, are **OVERRULED**.

    Dated November 30, 2006, at Denver, Colorado.

                                          **BY THE COURT:**

                                          **s/ Robert E. Blackburn**
                                          **Robert E. Blackburn**
                                          **United States District Judge**