IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01125-REB-MEH

JOHN E. LAWTON,

      Plaintiff,

v.

CENTER STOCK COMPANY, LLC,
SANDRA HENRIETTA GARDNER,
HARRY PEROULIS,
N. TONY PEROULIS,
DOUG URIE,
NANCY DOE,
MOFFAT COUNTY DISTRICT COURT,
DIANA L. MEYER,
JACKIE URIE,
JAMES DOE and any other heretofore unknown does, and
KRIS MULAY,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, November 30, 2006.**

      Plaintiff's Motion to Continue 2006-11-28, 9:30 a.m. Conference; to Appear by Phone; and to Expand Time Out of Time to File Proposed Scheduling Order [Filed November 22, 2006; Docket #69] is **denied** as moot. All requests for relief were addressed at the Scheduling Conference held on November 28, 2006.