IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01125-REB-MEH

JOHN E. LAWTON,

    Plaintiff,

v.

CENTER STOCK COMPANY, LLC,
SANDRA HENRIETTA GARDNER,
HARRY PEROULIS,
N. TONY PEROULIS,
DOUG URIE,
NANCY DOE,
MOFFAT COUNTY DISTRICT COURT,
DIANA L. MEYER,
JACKIE URIE,
JAMES DOE and any other heretofore unknown does, and
KRIS MULAY,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, December 7, 2006.**

    State Defendant's Opposed Motion to Stay Discovery [Filed December 6, 2006; Docket #84] is **granted** with respect to all discovery related to State Defendants. Discovery related to the other Defendants is not stayed. The Court has reviewed the State Defendants' Motion to Dismiss, as well as Plaintiff's Response, and has determined that the issue of qualified immunity must be resolved before discovery against the State Defendants can commence, particularly based on the Supreme Court's admonition to adjudicate motions for qualified immunity prior to engaging in fact discovery. *E.g.*, *Behrens v. Pelletier*, 516 U.S. 299, 308 (1996).