**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01125-REB-MEH

JOHN E. LAWTON,

      Plaintiff,

v.

CENTER STOCK COMPANY, LLC, et al.,

      Defendants.

---

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE AND OVERRULING
PLAINTIFF'S OBJECTIONS TO NON-DISPOSITIVE RULINGS OF
THE UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

      The matters before me are (1) the magistrate judge's **Recommendation on State Defendants' Motion to Dismiss** [#98], filed December 22, 2006; (2) the magistrate judge's **Recommendation on State Defendants' Renewed Motion to Dismiss** [#104], filed January 2, 2007; and (3) **Plaintiff's 2006-12-22 28 U.S.C. 636(b)(1)(A) Appeal of Magistrate Judge Hegarty's 2006-12-11 Order, Doc. No. 90 ("06-cv1125 06-12-22 28 USC 636 Appeal")** [#99], filed December 22, 2006.  I overrule the objections to the non-dispositive rulings of the magistrate judge.  I adopt the magistrate judge's recommendations and grant the state defendants' renewed motion to dismiss.

      Plaintiff's objections pertaining to the non-dispositive ruling of the magistrate judge on matters that have been referred to him for resolution.  Under 28 U.S.C. §

1

636(b) and Fed.R.Civ.P. 72(a), I may modify or set aside any portion of a magistrate judge's order which I find to be "clearly erroneous or contrary to law." Having reviewed the Scheduling Order [#90], filed December 11, 2006, which is the subject of the objection, as well as the apposite objections themselves, I conclude that nothing therein is clearly erroneous or contrary to law.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendations to which objections have been filed, and have considered carefully the recommendations, the objections, and the applicable caselaw. In addition, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. **See Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). The recommendations are detailed and well-reasoned. Plaintiff's objections are imponderous and without merit. Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendations proposed by the magistrate judge should be approved and adopted.[1]

**THEREFORE, IT IS ORDERED** as follows:

1. That the magistrate judge's **Recommendation on State Defendants' Motion to Dismiss** [#98], filed December 22, 2006, is **APPROVED AND ADOPTED** as an order of this court;

2. That the magistrate judge's **Recommendation on State Defendants' Renewed Motion to Dismiss** [#104], filed January 2, 2007, is **APPROVED AND**

---

[1] The Renewed Motion to Dismiss was filed in response to the Second Amended Complaint, albeit on grounds identical to those asserted in the original Motion to Dismiss. Likewise, the magistrate judge recommends granting the Renewed Motion to Dismiss on the same bases as set forth in his earlier Recommendation. Thus, although I approve and adopt both recommendations, I grant only the renewed motion to dismiss and deny the original motion as moot.

**ADOPTED** as an order of this court;

3.  That **Plaintiff's 2007-01-02, 28 U.S.C. 636(b)(1)(A), Fed.R.Civ.P. 72(a) Objections to Doc. No. 98, Michael Hegarty's Recommendations Dated 2006-12-22 ("06-cv-1125 07-01-02 28 U.S.C. 636 Appeal 4")** [#107], filed January 3, 2007, are **OVERRULED**;

4.  That **Plaintiff's 2007-01-02, 28 U.S.C. 636(b)(1)(A), Fed.R.Civ.P. 72(a) Objections to Doc. No. 104, Michael Hegarty's Recommendations Dated 2006-12-22 ("06-cv-1125 07-01-02 28 U.S.C. 636 Appeal 5")** [#110], filed January 12, 2007, are **OVERRULED**;

5.  That the **State Defendants' Motion to Dismiss** [#26], filed October 10, 2006, is **DENIED AS MOOT**;

6.  That the **State Defendants' Renewed Motion to Dismiss** [#100], filed December 26, 2006, is **GRANTED**;

8.  That plaintiff's claims against defendants Colorado District Court, Moffat County, and Diana L. Meyer, in their individual capacities are **DISMISSED WITH PREJUDICE**;

9.  That plaintiff's claims against defendants Colorado District Court, Moffat County, and Diana L. Meyer, in their official capacities are **DISMISSED WITHOUT PREJUDICE**;

10.  That defendants Colorado District Court, Moffat County, and Diana L. Meyer, are hereby **DROPPED** as named parties to this action; and

11.  That plaintiff's objections to the Scheduling Order [#90], filed December 11, 2006, as set forth in **Plaintiff's 2006-12-22 28 U.S.C. 636(b)(1)(A) Appeal of**

**Magistrate Judge Hegarty's 2006-12-11 Order, Doc. No. 90 ("06-cv1125 06-12-22**

**28 USC 636 Appeal")** [#99], filed December 22, 2006, are **OVERRULED**.

Dated January 19, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**