**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01125-REB-MEH

JOHN E. LAWTON,

    Plaintiff,

v.

CENTER STOCK COMPANY, LLC, et al.,

    Defendants.

**ORDER OVERRULING OBJECTIONS AND
ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matters before me are (1) the magistrate judge's **Recommendation on Dispositive Motions** [#133], filed April 9, 2007; and (2) **Plaintiff's 2007-04-19 Response to Doc. No. 133 ("06-cv1125 07-01-02 28 USC 636 Appeal 6")** [#138], filed April 20, 2007.  I overrule the objections, adopt the recommendation, and grant the dispositive motions to which the recommendation pertains.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, objections, and applicable case law.  In addition, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  ***See Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991).  The recommendation is detailed and well-reasoned.  Plaintiff's objections are imponderous and without merit.  Therefore, I find

and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the magistrate judge's **Recommendation on Dispositive Motions** [#133], filed April 9, 2007, is **APPROVED AND ADOPTED** as an order of this court;

2. That plaintiff's objections to the magistrate judge's recommendation, contained in **Plaintiff's 2007-04-19 Response to Doc. No. 133 ("06-cv1125 07-01-02 28 USC 636 Appeal 6")** [#138], filed April 20, 2007, are **OVERRULED**;

3. That **Defendant Sandra Gardner's Motion To Dismiss** [#23], filed September 29, 2006, is **DENIED AS MOOT**;

4. That **Defendant Sandra Gardner's Renewed Motion To Dismiss** [#102], filed December 28, 2006, is **GRANTED**;

5. That plaintiff's claims against defendant Sandra Henrietta Gardner are **DISMISSED WITH PREJUDICE**;

6. That defendant Sandra Henrietta Gardner is **DROPPED** as a named party to this action, and the case caption **AMENDED** accordingly;

7. That **Defendants Center Stock LLC, Harry Peroulis, Tony Peroulis, and Louis Peroulis's Rule 56 Motion for Summary Judgment** [#112], filed January 22, 2007, is **GRANTED**;

8. That plaintiff's claims against defendants Harry Peroulis, Tony Peroulis, and

Louis Peroulis are **DISMISSED WITH PREJUDICE**; and

    9. That defendants Harry Peroulis, Tony Peroulis, and Louis Peroulis are **DROPPED** as named parties to this action, and the case caption **AMENDED** accordingly.

    Dated May 24, 2007, at Denver, Colorado.

                        **BY THE COURT:**

                        **s/ Robert E. Blackburn**
                        **Robert E. Blackburn**
                        **United States District Judge**