**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01125-REB-MEH

JOHN E. LAWTON,

    Plaintiff,

v.

CENTER STOCK COMPANY, LLC, et al.,

    Defendants.

**ORDER GRANTING DEFENDANT CENTER STOCK, LLC'S
MOTION FOR CLARIFICATION OF COURT'S ORDER [#150]
OVERRULING OBJECTIONS AND ADOPTING RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is **Defendant Center Stock, LLC's Motion for Clarification of Court's Order [#150] Overruling Objections and Adopting Recommendation of the United States Magistrate Judge** [#151], filed May 25, 2007. Because the motion goes to a clerical oversight, I exercise my discretion under D.C.COLO.LCivR 7.1C to rule on the motion without waiting for a response. I grant the motion. Defendant Center Stock, LLC was inadvertently omitted from those paragraphs of my prior order directing the entry of judgment in favor of certain named defendants. I enter the following order to correct this oversight.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendant Center Stock, LLC's Motion for Clarification of Court's Order [#150] Overruling Objections and Adopting Recommendation of the United

**States Magistrate Judge** [#151], filed May 25, 2007, is **GRANTED**;

2. That the **Order Overruling Objections and Adopting Recommendation of the United States Magistrate Judge** [#150], filed May 24, 2007, is **AMENDED** by replacing paragraphs 8 and 9 with the following:

"8. That plaintiff's claims against defendants Center Stock, LLC, Harry Peroulis, Tony Peroulis, and Louis Peroulis are **DISMISSED WITH PREJUDICE**; and

9. That defendants Center Stock, LLC, Harry Peroulis, Tony Peroulis, and Louis Peroulis are **DROPPED** as named parties to this action, and the case caption **AMENDED** accordingly."

Dated May 29, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**