IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01125-REB-MEH

JOHN E. LAWTON,

    Plaintiff,

v.

STANLEY PEROULIS, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 28, 2007.**

Defendant Stanley Peroulis' Motion to Withdraw Motion to Dismiss with Prejudice for Failure to Prosecute [Filed June 27, 2007; Docket #161] is **granted**.

Defendant's Motion to Dismiss with Prejudice for Failure to Prosecute [Docket #156] is **terminated**, as is the pending Recommendation for denial of Defendant's Motion [Docket #160].