IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01125-REB-MEH

JOHN E. LAWTON,

      Plaintiff,

v.

STANLEY PEROULIS, *et al*.,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 29, 2007.**

     Defendant Stanley Peroulis' Motion for Summary Judgment [Filed June 27, 2007; Docket #162] is hereby **stricken**, for failure to comply with REB Civ. Practice Standard V.I.4.  These standards specify the format for such a motion, which does not include "incorporation by reference" of other pleadings, but allows only cites to the record for supporting facts.  Defendant is granted leave until July 3, 2007, to re-file this motion.