IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-01125-REB-MEH

JOHN E. LAWTON,

    Plaintiff,
v.

STANLEY J. PEROULIS,
JACKIE URIE, and
DOUG URIE,

    Defendants.

ORDER OVERRULING OBJECTIONS TO AND
ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matters before me are (1) the magistrate judge's **Recommendation on Motion for Summary Judgment** [#159], filed June 12, 2007; and (2) **Plaintiff's 2007-06-27 Response to Doc. No. 159 ("06-cv-1125 07-06-21 28 USC 636 Appeal 7")** [#164], filed June 27, 2007.  I overrule the objections, adopt the recommendation, and grant the Urie defendants' motion for summary judgment.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, objections, and applicable caselaw.  In addition, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  **See Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991).  The recommendation is detailed and well-

reasoned.  Plaintiff's objections thereto are imponderous and without merit.  Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the magistrate judge's **Recommendation on Motion for Summary Judgment** [#159], filed June 12, 2007, is **APPROVED AND ADOPTED** as an order of this court;

      2.  That plaintiff's objections to the magistrate judge's recommendation, contained in **Plaintiff's 2007-06-27 Response to Doc. No. 159 ("06-cv-1125 07-06-21 28 USC 636 Appeal 7")** [#164], filed June 27, 2007, are **OVERRULED**;

      3.  That **Defendants Jackie Urie and Doug Urie's Motion for Summary Judgment** [#140], filed May 2, 2007, is **GRANTED**;

      4.  That plaintiff's claims against defendants Jackie Urie and Doug Urie are **DISMISSED WITH PREJUDICE**; and

      6.  That defendants Jackie Urie and Doug Urie are **DROPPED** as a named parties to this action, and the case caption **AMENDED** accordingly.

      Dated July 16, 2007, at Denver, Colorado.

      **BY THE COURT:**

      s/ Robert E. Blackburn
      Robert E. Blackburn
      United States District Judge