IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01125-REB-MEH

JOHN E. LAWTON,

    Plaintiff,

v.

STANLEY PEROULIS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 17, 2007.**

    Plaintiff's 2007-08-14 Forthwith Refreshment of Motion, Doc. No 130, Re Defects and Notice Pursuant to Fed. R. App. P. 24(A)(3) Plaintiff May Proceed on Appeal [Filed August 15, 2007; Docket #182] is **denied** without prejudice as moot. Plaintiff's Notice of Appeal was dismissed on April 27, 2007. Thus, no appeal is currently pending for the Court to address an adjoining motion to proceed on appeal *in forma pauperis*. The Court notes, however, that Plaintiff's Motion to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 was not submitted on the required form. Plaintiff may obtain the correct form from the Civil Forms/Appeal Proceedings section of the District Court's website at http://www.cod.uscourts.gov/forms_frame.htm.