**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01125-REB-MEH

JOHN E. LAWTON,

      Plaintiff,

v.

STANLEY J. PEROULIS,
JACKIE URIE, and
DOUG URIE,

      Defendants.

**ORDER OVERRULING OBJECTIONS TO AND
ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matters before me are (1) the magistrate judge's **Recommendation on Motion for Summary Judgment** [#176], filed July 26, 2007; and (2) **Plaintiff's 2007-08-06 Response to Doc. No. 176 ("06-cv-1125 07-06-27 28 USC 636 Appeal 8")** [#177], filed August 6, 2007. I overrule the objections, adopt the recommendation, and grant defendant Stanley Peroulis's motion for summary judgment.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, objections, and applicable caselaw. In addition, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. . See **Erickson v. Pardus**, – U.S. –,127 S.Ct. 2197, 2200, 75 USLW 3643 (2007); **Haines v. Kerner,** 404 U.S. 519,

520-21, 92 S.Ct. 594, 30 L.Ed.2d 652 (1972); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Belmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). The recommendation is detailed and well-reasoned. Plaintiff's objections are imponderous and without merit. Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the magistrate judge's **Recommendation on Motion for Summary Judgment** [#176], filed July 26, 2007, is **APPROVED AND ADOPTED** as an order of this court;

2. That plaintiff's objections to the magistrate judge's recommendation, contained in **Plaintiff's 2007-08-06 Response to Doc. No. 176 ("06-cv-1125 07-06-27 28 USC 636 Appeal 8")** [#177], filed August 6, 2007, are **OVERRULED**;

3. That **Defendant Stanley Peroulis'** [*sic*] **Rule 56 Motion for Summary Judgment** [#168], filed July 2, 2007, is **GRANTED**;

4. That plaintiff's claims against defendant Stanley Peroulis are **DISMISSED WITH PREJUDICE**; and

5. That defendant Stanley Peroulis is **DROPPED** as a named party to this action, and the case caption **AMENDED** accordingly.

Dated August 23, 2007, at Denver, Colorado.

                                                **BY THE COURT:**
                                                **s/ Robert E. Blackburn**
                                                **Robert E. Blackburn**
                                                **United States District Judge**