**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01125-REB-MEH

JOHN E. LAWTON,

      Plaintiff,

v.

CENTER STOCK COMPANY, LLC,, et al.,

      Defendants.

---

## MINUTE ORDER

---

      The matter comes before the court on **Plaintiff's 2007-08-24 ("yyyy-mm-dd") Withdrawal of Doc. No 179 F.R.C.P. Rule 42(b) Motion To Sever or Bifurcate Remaining Claims** [#187], filed August 24, 2007.   The court shall construe this pleading as a motion to withdraw.  After careful review of the motion and the file, the court has concluded that the motion should be granted.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Plaintiff's 2007-08-24 ("yyyy-mm-dd") Withdrawal of Doc. No 179 F.R.C.P. Rule 42(b) Motion To Sever or Bifurcate Remaining Claims** [#187], filed August 24, 2007, is **GRANTED**; and

      2.  That **Plaintiff's 2007-08 ("yyyy-mm-dd") F.R.C.P. Rule 42(b) Motion To Sever or Bifurcate Remaining Claims ("06-cv-1125 07-08-10 F.R.C.P. 42(b) Motion 1")** [#179], filed August 9, 2007, is **WITHDRAWN**.

      Dated:  August 24, 2007