**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01125-REB-MEH

JOHN E. LAWTON,

     Plaintiff,

v.

CENTER STOCK COMPANY, LLC,, et al.,

     Defendants.

**MINUTE ORDER**

     The matter comes before the court on **Defendant Sandra Gardner's Motion To Certify Pursuant to F.R.C.P. 54(b)** [#189], and **Defendant Sandra Gardner's Motion for Award of Fees and Costs** [#190], both filed August 27, 2007.  Both motions are **STRICKEN** for failure to comply with D.C.COLO.L.Civ.R. 7.1.A.

     Dated:  August 27, 2007