IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01125-REB-MEH

JOHN E. LAWTON,

    Plaintiff,

v.

CENTER STOCK COMPANY, LLC, *et al.*,

    Defendants.

_____

**ORDER ON PLAINTIFF'S MOTION TO DEMAND JUDGMENT
AND REQUEST TO ENTER DEFAULT**
_____

Before the Court is Plaintiff's Motion to Demand for Judgment and Request to Enter Default [Docket #205]. The matter has been referred to this Court [Docket #206]. For the reasons stated below, the Court **denies without prejudice** the Motion for Default.

Plaintiff filed this lawsuit on June 8, 2006, against "Nancy Doe," among others. On December 6, 2006, the U. S. Marshal served the Complaint on Nancy Liljedahl. Dock. #91. Ms. Liljedahl has not answered the Complaint or otherwise entered an appearance in this case. After the filing of this Motion to Demand Judgment, Plaintiff submitted a Status Report indicating that Ms. Liljedahl is now deceased, which the Court construes as a Suggestion of Death. Dock. #210.

As Plaintiff recognizes, seeking default judgment requires a two-step process. Fed. R. Civ. P. 55; *see also Whayne v. Kansas*, 980 F. Supp. 387, 391 n.6 (D. Kan. 1997). Plaintiff must first obtain an entry of default before he can move for default judgment before the Court. These two steps cannot be completed in the same motion as Plaintiff seeks to do. In addition, any Motion for Clerk's Entry of Default must be accompanied by the requisite affidavit establishing that the defaulting party

is not a minor, not incompetent, and not currently serving in the military. Plaintiff must complete this first step prior to seeking default judgment. In this case, an additional step is required, based on Plaintiff's Suggestion of Death. Plaintiff must substitute the proper party to continue this action. Thus, if Plaintiff wishes to pursue this action against Ms. Liljedahl after her death, he must file a Motion to Substitute the proper party prior to seeking an entry of default.

Accordingly, for the reasons stated above, it is hereby ORDERED that Plaintiff's Motion to Demand for Judgment and Request to Enter Default [Filed October 24, 2007; Docket #205] is **denied without prejudice**.

Dated at Denver, Colorado, this 2nd day of November, 2007.

BY THE COURT:

 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge