IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Case No. 06-cv-01125-REB-MEH

JOHN E. LAWTON,

      Plaintiff,
v.

KRIS MULAY, et al.,

      Defendants.

## ORDER RE: ORDER TO SHOW CAUSE

**Blackburn, J.**

The matters before me are (1) my **Order To Show Cause** [#203], filed October 4, 2007; and (2) **Plaintiff's 2007-10-24 Response to Doc. No. 203** [#209], filed October 25, 2007. Based on plaintiff's response, I find that the order should be discharged in part and made absolute in part as set forth below.

**THEREFORE, IT IS ORDERED** as follows:

1. That my **Order To Show Cause** [#203], filed October 4, 2007, is **DISCHARGED IN PART** and **MADE ABSOLUTE IN PART**;

2. That the Order is **DISCHARGED** with respect to plaintiff's claims against defendants Mulay and Liljedahl;

3. That the Order is **MADE ABSOLUTE** with respect to plaintiff's claims against the unnamed James Doe defendants;

4. That any and all claims against unnamed James Doe defendants are

**DISMISSED WITHOUT PREJUDICE** for failure to effectuate timely service of process; and

5. That the James Doe defendants are **DROPPED** as named parties to this action, and the case caption **AMENDED** accordingly.

Dated November 9, 2007, at Denver, Colorado.

                                          **BY THE COURT:**

                                          **s/ Robert E. Blackburn**
                                          **Robert E. Blackburn**
                                          **United States District Judge**