# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 06-cv-01125-REB-MEH

JOHN E. LAWTON,

    Plaintiff,

v.

KRIS MULAY, et al.,

    Defendants.

## ORDER ADOPTING RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matter before me is the magistrate judge's **Recommendation on Plaintiff's Motion for Extension of Time** [#214], filed December 13, 2007. No objections having been filed to the recommendation, I review it only for plain error. ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted as an order of this court.

**THEREFORE, IT IS ORDERED** as follows:

1. That the magistrate judge's **Recommendation on Plaintiff's Motion for Extension of Time** [#214], filed December 13, 2007, is **APPROVED AND ADOPTED**

---

[1] This standard pertains even though plaintiff is proceeding *pro* se in this matter. ***Morales-Fernandez***, 418 F.3d at 1122.

as an order of this court;

2. That **Plaintiff's 2007-1-24 Motion Pursuant to F.R.C.P. 4(m) To Extend Time To Allow Service and Pursuant to F.R.C.P. 4(c)(2) To Have U.S. Marshall Serve Non-Appearing Defendant Kris Mulay** [#207], filed October 24, 2007, is **DENIED**;

3. That plaintiff's claims against defendant, Kris Mulay, are **DISMISSED WITHOUT PREJUDICE** for failure to effect timely service of process; and

4. That defendant, Kris Mulay, is **DROPPED** as a named party to this action, and the case caption is **AMENDED** accordingly.

Dated January 29, 2008, at Denver, Colorado.

                **BY THE COURT:**

                **s/ Robert E. Blackburn**
                **Robert E. Blackburn**
                **United States District Judge**