IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-01125-REB-MEH

JOHN E. LAWTON,

    Plaintiff,

v.

NANCY LILEJEDAHL,

    Defendant.

## ORDER RE: ORDER TO SHOW CAUSE

**Blackburn, J.**

This matter is before me *sua sponte*. On January 29, 2008, the court issued an **Order To Show Cause** [#216], requiring plaintiff to show cause in writing why his claims against defendant Nancy Liljedahl should not be dismissed for failure to prosecute. Plaintiff has failed to respond to that Order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the court's **Order To Show Cause** [#216], filed January 29, 2008, is **MADE ABSOLUTE**; and

2. That plaintiff's claims against defendant Nancy Liljedahl are **DISMISSED WITH PREJUDICE**.

Dated February 26, 2008, at Denver, Colorado.

                                            **BY THE COURT:**

                                            **s/ Robert E. Blackburn**
                                            **Robert E. Blackburn**
                                            **United States District Judge**