IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-01125-REB-MEH

JOHN E. LAWTON,

    Plaintiff,

v.

NANCY LILJEDAHL

    Defendants.

## ORDER FOR JUDGMENT AND ADMINISTRATIVE CLOSURE

**Blackburn, J.**

This matter is before me *sua sponte*. By order entered February 26, 2008 [#217], I dismissed the last remaining party in this lawsuit. It therefore appears that final judgment should enter and that this action should be closed administratively closed.

**THEREFORE, IT IS ORDERED** as follows:

1. That judgment **SHALL ENTER** for defendants, Colorado District Court, Moffat County, and Diana L. Meyer, against plaintiff, John E. Lawton, in accordance with my **Order Adopting Recommendation of United States Magistrate Judge and Overruling Plaintiff's Objections to Non-Dispositive Rulings of the United States Magistrate Judge** [#111], filed January 19, 2007, as to all claims and causes of action asserted against them by plaintiff herein

2. That judgment **SHALL ENTER** for defendants, Center Stock Company, LLC,

Harry Peroulis, Tony Peroulis, and Louis Peroulis, against plaintiff, John E. Lawton, in accordance with my **Order Overruling Objections and Adopting Recommendation of United States Magistrate Judge** [#150], filed May 24, 2007, and **Order Granting Defendant Center Stock, LLC's Motion for Clarification of Court's Order [#150] Overruling Objections and Adopting Recommendation of the United States Magistrate Judge** [#155], filed May 29, 2007, as to all claims and causes of action asserted against them by plaintiff;

    3. That judgment **SHALL ENTER** for defendant, Sandra Henrietta Gardner, against plaintiff, John E. Lawton, in accordance with my **Order Overruling Objections and Adopting Recommendation of United States Magistrate Judge** [#150], filed May 24, 2007, as to all claims and causes of action asserted against her by plaintiff;

    4. That judgment **SHALL ENTER** for defendants, Stanley J. Peroulis, Jackie Urie, and Doug Urie, against plaintiff, John E. Lawton, in accordance with my **Order Overruling Objections and Adopting Recommendation of United States Magistrate Judge** [#172], filed July 16, 2007, as to all claims and causes of action asserted against them by plaintiff;

    5. That judgment **SHALL ENTER** for defendants, James Doe and any other heretofore unknown Does, against plaintiff, John E. Lawton, in accordance with my **Order Re: Order To Show Cause** [#213], filed November 9, 2007, as to all claims and causes of action asserted against them by plaintiff;

    6. That judgment **SHALL ENTER** for defendant, Kris Mulay, against plaintiff,

John E. Lawton, in accordance with my **Order Adopting Recommendation of United States Magistrate Judge** [#215], filed January 29, 2008, as to all claims and causes of action asserted against her by plaintiff;

    7. That judgment **SHALL ENTER** for defendant, Nancy Liljedahl (originally named as Nancy Doe), against plaintiff, John E. Lawton, in accordance with my **Order Re: Order To Show Cause** [#217] filed February 26, 2008, as to all claims and causes of action asserted against her by plaintiff herein; and

    8. That all defendants are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated February 26, 2008, at Denver, Colorado.

                              **BY THE COURT:**

                              **s/ Robert E. Blackburn**
                              **Robert E. Blackburn**
                              **United States District Judge**