IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01125-REB-MEH

JOHN E. LAWTON,

    Plaintiff,
v.

_____

**MINUTE ORDER**
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 20, 2009.**

    In light of no defendants being listed or identified on the docket in this matter, the Motion to Withdraw Appearance [filed January 20, 2009; docket #233] is **denied as moot**.